*Wednesday, April 5, 1995*

## MOTION DOCKET

**95–618.** State ex rel. Hasan v. Cartolano. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's request for alternative writ,

IT IS ORDERED by the court that the request for alternative writ be, and the same is hereby, denied, effective April 3, 1995.

DOUGLAS, J., dissents and would grant an alternative writ.

## DISCIPLINARY DOCKET

**95–598.** In re Mitchell. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Steven F. Mitchell of Cleveland, Ohio, Attorney Registration No. 0025044, is indefinitely suspended from the practice of law in the state of Ohio.

*Thursday, April 6, 1995*

## DISCIPLINARY DOCKET

**91–1763.** Toledo Bar Assn. v. Sanders. On motion for order to show cause. Motion granted. DOUGLAS, J., would immediately impose the original one-year suspension.

**91–2166.** Mahoning Cty. Bar Assn. v. Koury. On motion to supplement motion to dissolve show cause order. Motion granted.

COOK, J., dissents.

**94–2645.** Disciplinary Counsel v. Mbakpuo. On motion to vacate order to show cause. Motion denied.

**95–562.** Disciplinary Counsel v. Simmons. On motion for order to appear and show cause. Motion granted.

## MOTION DOCKET

**94–1222.** State ex rel. Wright v. Ohio Adult Parole Auth. *Franklin County,* No. 93AP–622. *Sua sponte,* cause to be set for oral argument.